# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

v.   Criminal Case No.: 5:22-MJ-78

**JAMES R. STEWART,**

    **Defendant.**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jason Kocher, being duly sworn, depose and states as follows:

1. On November 9, 2022, the United States Probation Office for the Northern District of West Virginia was conducting a routine in-person check on James R. STEWART at his residence in Wheeling, Ohio County, West Virginia, based on the terms and conditions of his current federal supervised release.

2. In plain view inside the residence, the Probation Office located what appeared to be a small individually wrapped bag of marijuana. Upon further search by the Probation Office, two black sealed bags of marijuana, a large quantity (weighing approximately 270 grams) of methamphetamine (field test positive), and a large quantity of an unknown white powder were located.

3. At that point, the Probation Office called on members of the Ohio Valley Drug Task Force ("OVDTF") to come to the residence. Once on scene, members of the OVDTF obtained a state search warrant through Ohio County to conduct a further search of STEWART's residence where a digital scale and loaded 9mm pistol were located.

4. STEWART, who was accompanied in the residence by another male, told members of the OVDTF that everything located in the residence belonged to him.

5. Based on the foregoing, to include the large quantity of methamphetamine together with a

digital scale and pistol, Task Force Officers have probable cause to believe that STEWART did unlawfully, knowingly, intentionally, and without authority possess a mixture and substance containing a detectable amount methamphetamine, a Schedule II controlled substance, with the intent to distribute the same; in violation Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), in the Northern District of West Virginia.

## OATH

I swear and affirm under penalty of perjury that the information in this affidavit is true to the best of my knowledge and belief.

_____
Jason Kocher
Task Force Officer
Ohio Valley Drug Task Force

Subscribed and sworn to me on this 9TH day of November, 2022.

_____
James P. Mazzone
United States Magistrate Judge
Northern District of West Virginia